# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1325
LT Case No. 42-2025-MM-3966-A

_____

STEVEN EDWARD LEE SCHORB,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Michael A. Graves, Public Defender, and Andrea M. Grillon, Assistant Public Defender, Ocala, for Petitioner.

No Appearance for Respondent.

May 22, 2026

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the March 13, 2026 judgment and sentence rendered in Case No. 42-2025-MM-3966-A, in the Circuit Court in and for Marion County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EISNAUGLE, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____